Irvin SEBREE, Plaintiff—Appellant,

v.

R. Dean KENDERDINE, Director, Maryland State Retirement Pension System, Defendant—Appellee.

No. 08–1361.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Sept. 26, 2008.

Irvin Sebree, Appellant Pro Se. Steven Marshall Sullivan, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin Sebree appeals the district court order granting the Appellee's motion to dismiss and dismissing his civil rights case. We have reviewed the record and affirm for the reasons cited by the district court. *Sebree v. Kenderine,* No. 1:07–cv–01674–BEL (D.Md. Mar. 19, 2008).[1] We affirm the district court order.[2] We dispense

1. The record indicates the Appellee's last name is spelled "Kenderdine," which is how we have spelled the name on the caption.

2. Sebree does not challenge the district court's dismissal without prejudice of his state law claims. Accordingly, we will not review the court's decision in this regard. *See* 4th Cir. R. 34(b).